AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

DIRK STIRES

**JUDGMENT IN A CIVIL CASE**

V.

SHERIFF LEWIS COLLINS

Case Number: CIV-04-85-S

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the plaintiff's action against the defendant is hereby dismissed for failure to exhaust administrative remedies pursuant to 42 U.S.C. 1997(e).

**FILED**

FEB - 2 2006

WILLIAM B. GUTHRIE
Clerk, U.S. District Court

By: _____
Deputy Clerk

2/2/06
Date

WILLIAM B. GUTHRIE
Clerk

(By) Deputy Clerk